UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BANKRUPTCY APPEAL

IN RE: Joseph L. LaFrance

CIVIL ACTION NO. 3: 05-CV-30021-MAP

# ORDER

**Michael A. Ponsor, D.J.**

A Notice of Appeal of a decision of the Bankruptcy Court and the Record on Appeal having been

filed in the above-entitled action on January 21, 2005.

IT IS HEREBY ORDERED that the Appellant's brief shall be filed on or before February 11, 2005, and the Appellee's brief shall be filed on or before March 4, 2005. The Appellant may file and serve a reply brief on or before March 9, 2005.

Failure of the Appellant to file a brief on the date set forth above will result in the entry of an Order dismissing the appeal. Failure of the Appellee to file a brief may result in a decision by the Court without further opportunity for presentation of arguments by the Appellee.

By the Court,
**TONY ANASTAS, Clerk**

January 21, 2005                /s/ *Maurice G. Lindsay*
                                Maurice G. Lindsay, Deputy Clerk