UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH LAFRANCE </br></br>   Appellant </br></br> v. </br></br> PHOEBE MORSE, </br> UNITES STATES TRUSTEE and </br> DENISE PAPPALARDO, </br> STANDING CHAPTER 13 TRUSTEE </br></br>   Appellees | Consolidated Appeals[1] </br> Case No. 05-cv-30021-MAP |

**UNITED STATES TRUSTEE'S MOTION TO
EXTEND DEADLINE FOR FILING APPELLEE'S BRIEF**

Pursuant to 28 U.S.C. §158(a), Fed. R. Bankr. P. 8009 and Local Rules 203(B), the United States Trustee by and through her undersigned counsel moves the Court to extend the deadline for filing her brief in this appeal for eleven (11) days, until Friday, April 29, 2005 or such other time as this Court may deem appropriate. As grounds therefor, the United States Trustee says that her counsel requires additional time to review the record in these consolidated appeals in order to complete the brief.

No party in interest will be harmed by the requested extension, as the UST would assent to a corresponding extension of time for the Appellant to file a reply brief.

---

[1] Hector Rolon v. Phoebe Morse, et. al. C.A. 05-30023-MAP;
Peter and Denise Caci v. Phoebe Morse, et. al. C.A. 05-30024-MAP;
Mark and Angela Bennett v. Phoebe Morse, et. al. C.A. 05-30025-MAP;
Kathleen Daigneault v. Phoebe Morse, et. al. C.A. 05-30026-MAP;
Marta Oyola v. Phoebe Morse, et. al. C.A. 05-30027-MAP; and
Stefan Davis v. Phoebe Morse, et. al. C.A. 05-30028-MAP.

**WHEREFORE**, the United States Trustee prays that the Court enter an order extending the deadline for filing her brief for eleven (11) days to April 29, 2005, or such other time as this Court deems appropriate.

    **Respectfully submitted,**

    **PHOEBE MORSE**
    **United States Trustee, Region 1**

    **By:        /s/  Stephen E. Meunier**
    **Stephen E. Meunier, Esq. BBO# 546928**
    **Trial Attorney**
    **U.S. Department of Justice**
    **Office of the U.S. Trustee**
    **446 Main Street, 14th Floor**
    **Worcester, MA 01608**
    **Tel:  (508) 793-0555**
    **Fax: (508) 793-0558**
    **Email: Stephen.Meunier@usdoj.gov**

**Dated:  April 18, 2005**

## CERTIFICATE OF SERVICE

      I hereby certify that on April 18, 2005, a true and correct copy of the UNITED STATES TRUSTEE'S MOTION TO EXTEND DEADLINE FOR FILING APPELLEE'S BRIEF was served by first class mail, postage pre-paid and/or via ECF upon:

Francis J. Lafayette, Esq.
1024 Park Street
PO Box 1020
Palmer, MA 01069

Denise M. Pappalardo, Esq.
Chapter 13 Trustee
PO Box 16607
Worcester, MA 01601


Dated: April 18, 2005                                          /s/ Stephen E. Meunier
                                                                            Stephen E. Meunier