## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOSEPH L. LAFRANCE ) | |
| ) | |
| Appellant ) | |
| ) | Consolidated Appeals[1] |
| v. ) | Case No. 05-cv-30021-MAP |
| ) | |
| PHOEBE MORSE, ) | |
| UNITED STATES TRUSTEE, ) | |
| DENISE PAPPALARDO, ) | |
| STANDING CHAPTER 13 TRUSTEE ) | |
| ) | |
| Appellees ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 31st day of May, 2005, a copy of the United States Trustee's Motion to Schedule Hearing on Appeal was served via first class mail, postage pre-paid and via email upon Joanne Psilos, Office of the Chapter 13 Trustee, PO Box 16607, Worcester, MA 01601.

**Respectfully submitted,**

**PHOEBE MORSE**
**United States Trustee, Region 1**

**By:     /s/    Stephen E. Meunier**
**Stephen E. Meunier, Esq. BBO# 546928**
**Trial Attorney**
**United States Department of Justice**
**Office of the United States Trustee**
**446 Main Street, 14th Floor**
**Worcester, MA 01608**
**Tel: (508) 793-0555**
**Fax: (508) 793-0558**

**Dated: May 31, 2005**                     **Email: Stephen.Meunier@usdoj.gov**

---

[1] This appeal has been consolidated with the following appeals:
   Hector Rolon v. Phoebe Morse et al., C.A. 05-30023-MAP;
   Peter Caci and Denise Caci v. Phoebe Morse et al., C.A. 05-30024-MAP;
   Mark Bennett and Angela Bennett v. Phoebe Morse et al., C.A. 05-30025-MAP;
   Kathleen M. Daigneault v. Phoebe Morse et al., C.A. 05-30026-MAP;
   Marta Oyola v. Phoebe Morse et al., C.A. 05-30027-MAP; and
   Stefan Davis v. Phoebe Morse et al., C.A. 05-30028-MAP.