UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH LAFRANCE,
        Appellant(s)

v.                        CIVIL ACTION: 05-30021-MAP

PHOEBE MORSE, ETAL,
UNITED STATES TRUSTEES,
        Appellee(s)

## JUDGMENT IN A CIVIL CASE

PONSOR, D..J.;

    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

    JUDGMENT FOR THE APPELLEE(S) PURSUANT TO THE MEMORANDUM OF THE COURT ENTERED ON JUNE 6, 2005, DISMISSING THE APPEAL,

                                          SARAH A. THORNTON,
                                          CLERK OF COURT

Dated: June 7, 2005                By   /s/ John C. Stuckenbruck
                                                  Deputy Clerk

(Judgment Civil.wpd - 11/98)                                            [jgm.]